**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARSHA BRANDON, | ) | NO. CV 10-721-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| METROPOLITAN STATE HOSPITAL, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 3, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE